**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00122-CV**
_____

**CYNTHIA MCCLENAN, Appellant**

**V.**

**LILY BELL DAVIDSON, Appellee**

On Appeal from the 280th District Court
Harris County, Texas
Trial Cause No. 2021-08001

**MEMORANDUM OPINION**

Appellant Cynthia McClenan filed a motion to dismiss this appeal, representing that the trial judge vacated the appealed judgment and granted a new trial. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.[1] *See* Tex. R. App. P. 43.2(f).

_____

[1]This case was transferred to this Court from the Fourteenth Court of Appeals in Houston, Texas, pursuant to a docket equalization order. *See* Tex. Gov't Code Ann. § 73.001.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on September 8, 2021
Opinion Delivered September 9, 2021

Before Golemon, C.J., Horton and Johnson, JJ.

2